# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

'12 OCT 31  P2 :16

SUSAN BAKER, Individually
and on Behalf of the HEIRS AT LAW
of JACKIE L. SARFF, Deceased,
    Plaintiffs,



v.               Case No. 10-1257-JTM

PROMISE REGIONAL MEDICAL CENTER –
 HUTCHINSON, INC., f/k/a HUTCHINSON
 HOSPITAL CORPORATION,
    Defendant.

## Verdict

We, the jury, impaneled and sworn in the above entitled case, upon our oaths, do make the following answers to the questions propounded by the Court:

1. Do you find the Hutchinson Regional Medical Center to be at fault?

   __X__ Yes     _____ No

(Proceed to Question 2 only if you answered "yes" to Question 1. If you answer "no" to Question 1, skip to Question 3, and sign and date the verdict form.)

2. If you answered question No. 1 in the affirmative, what damages do you find were sustained by plaintiffs?

ECONOMIC DAMAGES:
 A. Medical Care              $ _24,255.19_
 B. Funeral Expenses            $ _12,739.44_
 C. Damages of Bonnie Sarff
   for loss of family service, loss of
   marital care, attention, advice, counsel,
   or protection, loss of a complete family    $ _500,000.00_

D. Damages of Susan Baker
    for loss of family service, loss of
    parental care, training, guidance, education,
    or protection, loss of a complete family      $300,000.00

NON-ECONOMIC DAMAGES:

Damages of Bonnie Sarff and Susan Baker
    for mental anguish, suffering and bereavement,
    loss of society, comfort, or companionship      $250,000.00

TOTAL DAMAGES:      $1,086,994.40

3. Agreement on each of the above questions was by eight (8) jurors.

    Yes __X__      No _____

_[signature]_
PRESIDING JUROR

October 31, 2012
DATE